**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SALVADOR REBOLLEDO, Case No. 26-CV-1442 (JLR)

Plaintiff,

-against-

**PROPOSED JUDGMENT PURSUANT TO RULE 68 OFFER OF JUDGMENT**

AURA, LLC d/b/a Mickey Spillane's,
RICHARD WINCKELMAN and JAVIER DIAZ,

Defendants.

-----------------------------------------------------------------X

**WHEREAS**, on September 2, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Aura, LLC d/b/a Mickey Spillane's, Richard Winckelman and Javier Diaz ("collectively, "Defendants") extended to Plaintiff Salvador Rebolledo ("Plaintiff"), an offer of judgment against them, in the amount of Fifty-Seven Thousand Five Hundred Dollars and Zero Cents ($57,500.00), inclusive of all costs and fees, including all attorneys' fees;

**WHEREAS**, on September 3, 2026, Plaintiff accepted Defendants' Offer of Judgment;

IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against Defendants in the amount of Fifty-Seven Thousand Five Hundred Dollars and Zero Cents ($57,500.00).

Dated: New York, New York
September 8, 2026

**SO ORDERED.**

Jennifer Rochon
___________________________
**JENNIFER L. ROCHON**
**United States District Judge**